IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**FLOYD REGINALD RICHARDSON ,**   *

       Plaintiff,   *

v.   Case No. **5:22-cv-124 (MTT)**
   *

**KATHRYN KNAPP ,**
   *

       Defendant.
   *
_____

## J U D G M E N T

Pursuant to this Court's Order dated April 24, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 25th day of April, 2023.

                              David W. Bunt, Clerk

                              s/ Erin Pettigrew, Deputy Clerk